IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIAN GRADY THOMAS,

    Plaintiff,

v.

MICHAEL ELLESTAD, MATT ALLORD,
DEBBIE LARRABEE, and
LANCE WIERSMA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-698-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

/s/                                            9/12/2017

Peter Oppeneer, Clerk of Court                 Date